■ GERALD SCHMITT, Appellant, v SANDRA SCHMITT, Respondent. (Appeal No. 4.) [966 NYS2d 713]—Appeal from an order of the Supreme Court, Erie County (John F. O'Donnell, J.), entered July 13, 2012 in a divorce action. The order, inter alia, denied the motion of plaintiff for leave to reargue his posttrial motion.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Centra, J.P., Fahey, Carni, Whalen and Martoche, JJ.